IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

BRIAN STEPHEN KIRABIRA, §
§
Petitioner, §
§
v. § 2:08-CV-0031
§
IMMIGRATION AND CUSTOMS §
ENFORCEMENT, §
§
Respondent. §

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Came for consideration the federal habeas corpus application filed by petitioner BRIAN STEPHEN KIRABIRA. On March 20, 2008, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the instant habeas application be dismissed as premature. Petitioner filed objections to the Magistrate Judge's Report and Recommendation on March 27, 2008.

The undersigned United States District Judge has made an independent examination of the record in this case. Petitioner's objections are without merit and are hereby OVERRULED, the Magistrate Judge's Report and Recommendation is hereby ADOPTED and the petition for a writ of habeas corpus is hereby DISMISSED.

IT IS SO ORDERED.

ENTERED this ___1st___ day of ___April___ 2008.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE